IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-CR-1041 |
| Plaintiff, | **INDICTMENT** |
| vs. | Count 1 |
| KYLE DANIEL LEICK, | 18 U.S.C. § 922(g)(1): Possession of a Firearm by a Felon |
| Defendant. | Count 2 |
| | 21 U.S.C. § 844: Possession of a Controlled Substance |
| | Forfeiture |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Felon

On or about July 10, 2022, in the Northern District of Iowa, defendant KYLE DANIEL LEICK, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Taurus G3c 9x19mm caliber pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year:

> Possession of a Firearm by a Drug User, in the Northern District of Iowa, on or about July 31, 2018, in case number CR17-1051-1-CJW.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant KYLE DANIEL LEICK shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(1), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

## Count 2

### Possession of a Controlled Substance

On or about July 10, 2022, in the Northern District of Iowa, defendant KYLE DANIEL LEICK did knowingly and intentionally possess a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Section 844.

A TRUE BILL

s/Foreperson

Grand Jury Foreperson      Date   11/2/22

TIMOTHY T. DUAX
United States Attorney

By:

JASON DORVAL NORWOOD
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 11/2/2022
PAUL DE YOUNG, CLERK