AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>Kyle Daniel Leick,<br>*Defendant* | ) ) ) Case No. 22-CR-1041 ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kyle Daniel Leick,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Felon in violation of Title 18, United States Code, Section 922(g)(1) and Possession of a Controlled Substance in violation of Title 21, United States Code, Section 844.

Date: 11/02/2022

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/2/22, and the person was arrested on *(date)* 11/21/22
at *(city and state)* Cedar Rapids, IA.

Date: 11/21/22

*Arresting officer's signature*

E. Plattner DUSM
*Printed name and title*